# United States District Court
# For The Western District of North Carolina
# Statesville Division

LUCIOUS W. DAYE,

       Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                         5:05CV238

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 16, 2005 Order.

                                                   FRANK G. JOHNS, CLERK

August 16, 2005

                                                   /s/ Tammy M. Evans, Deputy Clerk

Dockets.Justia.com